# IN THE SUPREME COURT OF THE STATE OF NEVADA

DONALD DWAYNE ROBERTSON,
Appellant,

vs.

THE STATE OF NEVADA, DIVISION
OF WELFARE AND SUPPORTIVE
SERVICES OF THE DEPARTMENT OF
HEALTH AND HUMAN SERVICES;
AND KRYSTLE DAWN STATLER,
Respondents.

No. 69195

FILED

SEP 20 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Cause appearing, appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.[1]

_____Cherry_____, C.J.

cc: Hon. Bryce C. Duckworth, District Judge, Family Court Division
Garg Golden Law Firm
Krystle Dawn Statler
Clark County District Attorney
Eighth District Court Clerk
Supreme Court Law Librarian

---

[1]The conditional sanction imposed in the order of August 25, 2017, against attorney Puneet Garg is vacated.

17-31802